Case 2:19-cv-00094   Document 378   Filed on 12/16/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MIKE CRANE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 2:19-CV-00094 |
| LIBERTY LANE, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

The Court previously granted summary judgment in favor of Defendant Penske Logistics, LLC ("Penske"). (D.E. 259). However, Plaintiffs' claims against other Defendants remained pending at that time. The Court then granted summary judgment in favor of Defendant Penske Transportation Management, L.L.C. ("PTM"). (D.E. 266). Again, Plaintiffs' claims against other Defendants remained pending at that time. After a jury trial, Plaintiffs moved to voluntarily dismiss with prejudice all remaining Defendants other than Penske and PTM. (D.E. 375). The Court granted Plaintiffs' motion to dismiss, (D.E. 377), leaving Penske and PTM as the only remaining Defendants. The Court now enters final judgment in this case. Pursuant to the orders granting summary judgment, Court **ORDERS** that Plaintiffs take nothing against Defendants Penske and PTM and **ORDERS** that Defendants Penske and PTM recover their costs of court from Plaintiffs. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
    December 16, 2024

1 / 1